**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| Bryce Dixon, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:21-cv-05286-RSWL-AFMx |
| v. | |
| University of Southern California, et al. | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 21-01.

| July 1, 2021 | /s/ RONALD S.W. LEW |
|---|---|
| Date | United States District Judge |

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge _____Virginia A. Phillips_____ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___VAP___ after the case number in place of the initials of the prior judge so that the case number will read ___2:21-cv-5286 VAP-AFMx___. This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-89 (03/21)    ORDER RETURNING CASE FOR REASSIGNMENT