Name, Address and Telephone Number of Attorney(s):
Cameron W. Fox (SB# 218116)
Jessica E. Mendelson (SB#280388)
PAUL HASTINGS LLP
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071; Tel. (213) 683-6000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRYCE DIXON

Plaintiff(s),

v.

UNIVERSITY OF SOUTHERN CALIFORNIA

Defendant(s).

CASE NUMBER
2:21-cv-05286-VAP-AFM

**REQUEST:
ADR PROCEDURE SELECTION**

Pursuant to L.R. 16-15, counsel for the University of Southern California met and conferred with opposing counsel but the Parties did not resolve the issue. As such, USC requests that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☒ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: _____    _____
                         Attorney for Plaintiff

Dated: _____    _____
                         Attorney for Plaintiff

Dated: _____    /s/ Cameron W. Fox
                         Attorney for Defendant University of Southern California

Dated: _____    _____
                         Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)          REQUEST: ADR PROCEDURE SELECTION          Page 1 of 1

American LegalNet, Inc.
www.FormsWorkFlow.com