1    PAUL HASTINGS LLP
     CAMERON W. FOX (SB# 218116)
2    cameronfox@paulhastings.com
     JESSICA E. MENDELSON (SB# 280388)
3    jessicamendelson@paulhastings.com
     515 South Flower Street
4    Twenty-Fifth Floor
     Los Angeles, California  90071-2228
5    Telephone:  1(213) 683-6000
     Facsimile:  1(213) 627-0705
6
     Attorneys for Defendant
7    UNIVERSITY OF SOUTHERN CALIFORNIA

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11   BRYCE DIXON, an individual,              Case No. 21-cv-05286-VAP-AFM

12                    Plaintiff,              **DEFENDANT UNIVERSITY OF
                                             SOUTHERN CALIFORNIA'S ANSWER
13          vs.                              TO PLAINTIFF BRYCE DIXON'S
                                             AMENDED COMPLAINT FOR
14   UNIVERSITY OF SOUTHERN                  DAMAGES AND INJUNCTIVE RELIEF**
     CALIFORNIA, a California corporation; and
15   DOES 1-50, inclusive,

16                    Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

TO PLAINTIFF BRYCE DIXON AND TO HIS ATTORNEYS OF RECORD, MARK M. HATHAWAY, JENNA E. PARKER AND THE LAW OFFICES OF HATHAWAY PARKER:

Defendant UNIVERSITY OF SOUTHERN CALIFORNA ("Defendant") hereby answers and pleads in response to the Amended Complaint for Damages and Injunctive Relief ("Complaint") of Plaintiff BRYCE DIXON as follows:

1. Answering Paragraph 1, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

2. Answering Paragraph 2, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies the allegations.

3. Answering Paragraph 3, Defendant lacks information and belief sufficient to admit or deny the allegations contained therein, and on that ground denies the allegations.

4. Answering Paragraph 4, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies the allegations.

5. Answering Paragraph 5, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies the allegations.

6. Answering Paragraph 6, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies the allegations.

7. Answering Paragraph 7, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies the allegations.

8. Answering Paragraph 8, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

9. Answering Paragraph 9, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

10. Answering Paragraph 10, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

11. Answering Paragraph 11, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

12. Answering Paragraph 12, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies the allegations.

13. Answering Paragraph 13, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies the allegations.

14. Answering Paragraph 14, Defendant admits that Bryce Dixon was a student-athlete at the University of Southern California between 2014 and 2015.  Defendant admits that Bryce Dixon previously played for the USC football team and upon enrolling at USC, was awarded a scholarship.  Respondents lack information and belief sufficient to admit or deny the remaining allegations contained, therein, and on that ground deny the remaining allegations.

15. Answering Paragraph 15, the allegations in this paragraph contain legal principles or conclusions of law to which no response is required.  To the extent a response is required, Defendant admits USC is a non-profit corporation which was founded in 1880, with its main campus in Los Angeles, California.  Except as expressly admitted, Defendant denies each and every remaining allegation contained in this paragraph.

16. Answering Paragraph 16, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies each and every allegation.

17. Answering Paragraph 17, the allegations in this paragraph contain legal principles or conclusions of law to which no response is required.

18. Answering Paragraph 18, the allegations in this paragraph contain legal principles or conclusions of law to which no response is required.

19. Answering Paragraph 19, the allegations in this paragraph contain legal principles or conclusions of law to which no response is required.

20. Answering Paragraph 20, the allegations in this paragraph contain legal principles or conclusions of law to which no response is required.

21. Answering Paragraph 21, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies the allegations.

22. Answering Paragraph 22, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies the allegations.

23. Answering Paragraph 23, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies the allegations.

24. Answering Paragraph 24, the allegations in this paragraph contain legal principles or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 14 of the Amended Complaint as incomplete characterizations of, or inconsistent with the legislation, which speaks for itself.

25. Answering Paragraph 25, the allegations in this paragraph contain legal principles or conclusions of law to which no response is required.  To the extent a response is required, Defendant admits Title IX applies to colleges and universities.

26. Answering Paragraph 26, the allegations in this paragraph contain legal principles or conclusions of law to which no response is required.

27. Answering Paragraph 27, the allegations in this paragraph contain legal principles or conclusions of law to which no response is required.

28. Answering Paragraph 28, the allegations in this paragraph contain legal principles or conclusions of law to which no response is required.

29. Answering Paragraph 29, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

30. Answering Paragraph 30, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

31. Answering Paragraph 31, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

32. Answering Paragraph 32, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

33. Answering Paragraph 33, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

34. Answering Paragraph 34, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

35. Answering Paragraph 35, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

36. Answering Paragraph 36, Defendant lacks first-hand knowledge or information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

37. Answering Paragraph 37, Defendant lacks first-hand knowledge or information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

38. Answering Paragraph 38, Defendant lacks first-hand knowledge or information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

39. Answering Paragraph 39, Defendant lacks information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

40. Answering Paragraph 40, Defendant lacks first-hand knowledge or information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

41. Answering Paragraph 41, Defendant lacks first-hand knowledge or information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

42. Answering Paragraph 42, Defendant lacks first-hand knowledge or information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

43. Answering Paragraph 43, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

44. Answering Paragraph 44, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

45. Answering Paragraph 45, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

46. Answering Paragraph 46, Defendant lacks first-hand knowledge or information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

47. Answering Paragraph 47, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

48. Answering Paragraph 48, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

49. Answering Paragraph 49, Defendant lacks first-hand knowledge or information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

50. Answering Paragraph 50, Defendant lacks first-hand knowledge or information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

51. Answering Paragraph 51, Defendant lacks first-hand knowledge or information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

52. Answering Paragraph 52, Defendant lacks first-hand knowledge or information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

53. Answering Paragraph 53, Defendant lacks first-hand knowledge or information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

54. Answering Paragraph 54, Defendant denies the allegations contained herein.

55. Answering Paragraph 55, Defendant lacks information and belief sufficient to admit or deny the allegations contained therein, and on that ground denies the allegations.

56. Answering Paragraph 56, Defendant lacks information and belief sufficient to admit or deny the allegations contained therein, and on that ground denies the allegations.

57. Answering Paragraph 57, Defendant lacks information and belief sufficient to admit or deny the allegations contained therein, and on that ground denies the allegations.

58. Answering Paragraph 58, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

59. Answering Paragraph 59, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

60. Answering Paragraph 60, Defendant lacks first-hand knowledge or information sufficient to admit or deny the allegations contained in this paragraph of the Amended Complaint, and on that basis, denies those allegations.

61. Answering Paragraph 61, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

62. Answering Paragraph 62, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with its policy, which speaks for itself.

63. Answering Paragraph 63, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

64. Answering Paragraph 64, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

65. Answering Paragraph 65, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

66. Answering Paragraph 66, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

67. Answering Paragraph 67, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

68. Answering Paragraph 68, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

69. Answering Paragraph 69, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

70. Answering Paragraph 70, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

71. Answering Paragraph 71, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

72. Answering Paragraph 72, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

73. Answering Paragraph 73, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

74. Answering Paragraph 74, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

75. Answering Paragraph 75, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

76. Answering Paragraph 76, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

77. Answering Paragraph 77, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

78. Answering Paragraph 78, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

79. Answering Paragraph 79, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

80. Answering Paragraph 80, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

81. Answering Paragraph 81, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

82. Answering Paragraph 82, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

83. Answering Paragraph 83, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

84. Answering Paragraph 84, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of or inconsistent with the policy, which speaks for itself.

85. Answering Paragraph 85, Defendant denies the allegations contained in this paragraph of the Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

86. Answering Paragraph 86, Defendant denies the allegations contained in this paragraph of the Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

87. Answering Paragraph 87, Defendant denies the allegations contained in this paragraph of the Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

88. Answering Paragraph 88, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

89. Answering Paragraph 89, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the policy, which speaks for itself.

90. Answering Paragraph 90, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

91. Answering Paragraph 91, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

92. Answering Paragraph 92, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

93. Answering Paragraph 93, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

94. Answering Paragraph 94, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

95. Answering Paragraph 95, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

96. Answering Paragraph 96, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

97. Answering Paragraph 97, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

98. Answering Paragraph 98, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

99. Answering Paragraph 99, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

100. Answering Paragraph 100, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

101. Answering Paragraph 101, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

102. Answering Paragraph 102, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

103. Answering Paragraph 103, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

104. Answering Paragraph 104, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

105. Answering Paragraph 105, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

106. Answering Paragraph 106, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of or inconsistent with the Summary Administrative Review, which speaks for itself.

107. Answering Paragraph 107, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

108. Answering Paragraph 108, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

1    109. Answering Paragraph 109, Defendant denies the allegations contained in this
2    paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the
3    Summary Administrative Review, which speaks for itself.

4    110. Answering Paragraph 110, Defendant denies the allegations contained in this
5    paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the
6    Summary Administrative Review, which speaks for itself.

7    111. Answering Paragraph 111, Defendant denies the allegations contained in this
8    paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the
9    Summary Administrative Review, which speaks for itself.

10   112. Answering Paragraph 112, Defendant denies the allegations contained in this
11   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the
12   Summary Administrative Review, which speaks for itself.

13   113. Answering Paragraph 113, Defendant denies the allegations contained in this
14   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the
15   Summary Administrative Review, which speaks for itself.

16   114. Answering Paragraph 114, Defendant denies the allegations contained in this
17   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the
18   Summary Administrative Review, which speaks for itself.

19   115. Answering Paragraph 115, Defendant denies the allegations contained in this
20   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the
21   Summary Administrative Review, which speaks for itself.

22   116. Answering Paragraph 116, Defendant denies the allegations contained in this
23   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the
24   Summary Administrative Review, which speaks for itself.

25   117. Answering Paragraph 117, Defendant denies the allegations contained in this
26   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the
27   Summary Administrative Review, which speaks for itself.

28

118. Answering Paragraph 118, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

119. Answering Paragraph 119, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

120. Answering Paragraph 120, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

121. Answering Paragraph 121, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

122. Answering Paragraph 122, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

123. Answering Paragraph 123, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

124. Answering Paragraph 124, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

125. Answering Paragraph 125, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

126. Answering Paragraph 126, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of or inconsistent with the Summary Administrative Review, which speaks for itself.

127. Answering Paragraph 127, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

128. Answering Paragraph 128, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

129. Answering Paragraph 129, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

130. Answering Paragraph 130, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

131. Answering Paragraph 131, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

132. Answering Paragraph 132, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

133. Answering Paragraph 133, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

134. Answering Paragraph 134, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

135. Answering Paragraph 135, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

136. Answering Paragraph 136, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

137. Answering Paragraph 137, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

138. Answering Paragraph 138, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

139. Answering Paragraph 139, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

140. Answering Paragraph 140, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

141. Answering Paragraph 141, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

142. Answering Paragraph 142, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

143. Answering Paragraph 143, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

144. Answering Paragraph 144, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

1    145. Answering Paragraph 145, Defendant denies the allegations contained in this

2    paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the

3    Summary Administrative Review, which speaks for itself.

4    146. Answering Paragraph 146, Defendant denies the allegations contained in this

5    paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the

6    Summary Administrative Review and the judicial opinion in *Doe v. Allee*, 30 Cal.App.1036, 1054

7    (Cal. App. 2019), which speak for themselves.

8    147. Answering Paragraph 147, Defendant denies the allegations contained in this

9    paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the

10   Summary Administrative Review, which speaks for itself.

11   148. Answering Paragraph 148, Defendant denies the allegations contained in this

12   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the

13   Summary Administrative Review, which speaks for itself.

14   149. Answering Paragraph 149, Defendant denies the allegations contained in this

15   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the

16   Summary Administrative Review, which speaks for itself.

17   150. Answering Paragraph 150, Defendant denies the allegations contained in this

18   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the

19   Summary Administrative Review, which speaks for itself.

20   151. Answering Paragraph 151, Defendant denies the allegations contained in this

21   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the

22   Summary Administrative Review, which speaks for itself.

23   152. Answering Paragraph 152, Defendant denies the allegations contained in this

24   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the

25   Summary Administrative Review, which speaks for itself.

26   153. Answering Paragraph 153, Defendant denies the allegations contained in this

27   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the

28   Summary Administrative Review, which speaks for itself.

154. Answering Paragraph 154, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

155. Answering Paragraph 155, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

156. Answering Paragraph 156, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

157. Answering Paragraph 157, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

158. Answering Paragraph 158, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

159. Answering Paragraph 159, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

160. Answering Paragraph 160, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

161. Answering Paragraph 161, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

162. Answering Paragraph 162, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

163. Answering Paragraph 163, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

164. Answering Paragraph 164, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

165. Answering Paragraph 165, Defendant admits that Ms. Roe made a report to USC's Title IX office on November 25, 2014. Defendant denies the remaining allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

166. Answering Paragraph 166, Defendant admits Mr. Dixon received notice of the allegations on November 7, 2014. Defendant lacks information and belief sufficient to admit or deny the remaining allegations contained, therein, and on that ground denies the remaining allegations.

167. Answering Paragraph 167, Defendant admits Mr. Dixon was notified that Residential Education had reported an incident that occurred on October 23, 2014 at Mr. Dixon's off-campus student residence. Defendant lacks information and belief sufficient to admit or deny the remaining allegations contained, therein, and on that ground denies the remaining allegations.

168. Answering Paragraph 168, Defendant admits that Mr. Dixon was accused of violating various sections of the Student Conduct Code of Conduct, including, but not limited to, 11.32.B (Endangering Others), 11.36.A (Physical Harm), 11.41 (Illegal Use of Narcotics and Paraphernalia), 11.51.A (Harassing or Threatening Behavior), 11.53.A (Sexual Misconduct 1), 11.53.B (Sexual Misconduct 2), 11.53.C (Sexual Misconduct 3), and 11.53.D (Sexual Misconduct 4). Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

169. Answering Paragraph 169, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

170. Answering Paragraph 170, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

171. Answering Paragraph 171, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

172. Answering Paragraph 172, Defendant admits that Mr. Dixon met with Dr. Allee on November 11, 2014.  Defendant denies the remaining allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

173. Answering Paragraph 173, Defendant denies the remaining allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

174. Answering Paragraph 174, Defendant admits Dr. Allee questioned Ms. Roe, but denies the remaining allegations contained in this paragraph of the Amended Complaint.

175. Answering Paragraph 175, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

176. Answering Paragraph 176, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

177. Answering Paragraph 177, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

178. Answering Paragraph 178, Defendant admits there was a second investigation. Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

179. Answering Paragraph 179, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

180. Answering Paragraph 180, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

181. Answering Paragraph 181, Defendant admits that Dr. Allee spoke to Ms. Roe by phone on February 9 and 10, 2015.  Defendant denies the remaining allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

182. Answering Paragraph 182, Defendant admits the parties were permitted to engage in evidence review on February 10, 2015.  Defendant denies the remaining allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

183. Answering Paragraph 183, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

184. Answering Paragraph 184, Defendant admits the investigation closed on February 11, 2015.

185. Answering Paragraph 185, Defendant admits the decision resulting from the Summary Administrative Review was shared with Bryce Dixon and Jane Roe on March 2, 2015.

186. Answering Paragraph 186, Defendant admits the allegations contained in this paragraph of the Amended Complaint.

187. Answering Paragraph 187, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

188. Answering Paragraph 188, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the Summary Administrative Review, which speaks for itself.

1    189. Answering Paragraph 189, Defendant denies the allegations contained in this

2    paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the

3    Summary Administrative Review, which speaks for itself.

4    190. Answering Paragraph 190, Defendant admits the allegations contained in this

5    paragraph of the Amended Complaint.

6    191. Answering Paragraph 191, Defendant admits that Mr. Dixon submitted an appeal.

7    Defendant denies the remaining allegations contained in this paragraph of the Amended

8    Complaint as incomplete characterizations of, or inconsistent with the documents filed in support

9    of, or opposing the appeal, which speak for themselves.

10   192. Answering Paragraph 192, Defendant admits that the Student Behavior Appeals

11   Panel (SBAP) met on April 24, 2015.  Defendant denies the remaining allegations contained in

12   this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with

13   the memorandum regarding the SBAP's decision, which speaks for itself.

14   193. Answering Paragraph 193, Defendant admits that on May 8, 2015, Roopali Malhotra,

15   senior advisor to the Provost, submitted a memorandum regarding the SBAP's decision to

16   Ainsley Carry.  Defendant denies the remaining allegations contained in this paragraph of the

17   Amended Complaint as incomplete characterizations of, or inconsistent with the memorandum

18   regarding the SBAP's decision, which speaks for itself.

19   194. Answering Paragraph 194, Defendant denies the allegations contained in this

20   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the

21   memorandum regarding the SBAP's decision, which speaks for itself.

22   195. Answering Paragraph 195, Defendant admits that the SBAP found that the failure to

23   provide certain evidence would not have affected the outcome of the investigation. Defendant

24   denies the remaining allegations contained in this paragraph of the Amended Complaint.

25   196. Answering Paragraph 196, Defendant admits that the SBAP concluded Plaintiff did

26   not violate section 11.53c.  Defendant denies the remaining allegations contained in this

27   paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the

28   memorandum regarding the SBAP's decision, which speaks for itself.

197. Answering Paragraph 197, Defendant admits the allegations contained in this paragraph of the Amended Complaint.

198. Answering Paragraph 198, Defendant admits the allegations contained in this paragraph of the Amended Complaint.

199. Answering Paragraph 199, Defendant admits the allegations contained in this paragraph of the Amended Complaint.

200. Answering Paragraph 200, Defendant admits Plaintiff appealed this matter and that the matter was remanded to the trial court.  Defendant denies the remaining allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the cited decision, which speaks for itself.

201. Answering Paragraph 201, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the cited decision, which speaks for itself.

202. Answering Paragraph 202, Defendant admits the trial court entered a final judgment granting Mr. Dixon's Petition for Writ of Mandamus.

203. Answering Paragraph 203, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

204. Answering Paragraph 204, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

205. Answering Paragraph 205, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

206. Answering Paragraph 206, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

207. Answering Paragraph 207, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

208. Answering Paragraph 208, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the cited document, which speaks for itself.

209. Answering Paragraph 209, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

210. Answering Paragraph 210, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the quoted document, which speaks for itself.

211. Answering Paragraph 211, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the cited document, which speaks for itself.

212. Answering Paragraph 212, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the cited document, which speaks for itself.

213. Answering Paragraph 213, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the cited document, which speaks for itself.

214. Answering Paragraph 214, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies the allegations.

215. Answering Paragraph 215, Defendant denies the allegations contained in this paragraph of the Amended Complaint as incomplete characterizations of, or inconsistent with the cited document, which speaks for itself.

216. Answering Paragraph 216, Defendant admits the allegations contained in this paragraph of the Amended Complaint.

217. Answering Paragraph 217, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

218. Answering Paragraph 218, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

219. Answering Paragraph 219, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies the allegations.

220. Answering Paragraph 220, Defendant admits that the stay imposed by the trial court allowed Mr. Dixon to return to classes at USC.  Defendant denies the remaining allegations contained in this paragraph of the Amended Complaint.

221. Answering Paragraph 221, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

222. Answering Paragraph 222, Defendant lacks information and belief sufficient to admit or deny the allegations contained, therein, and on that ground denies the allegations.

223. Answering Paragraph 223, Defendant denies the allegations contained in this paragraph of the Amended Complaint.

224. Answering Paragraph 224, to the extent that Dixon purports to re-allege the allegations contained in all prior paragraphs of the Amended Complaint.  Defendant incorporates its responses to the prior paragraphs by reference.

225. Answering Paragraph 225, the allegations contain legal principles or conclusions of law to which no response is required.

226. Answering Paragraph 226, the allegations contain legal principles or conclusions of law to which no response is required.

227. Answering Paragraph 227, the allegations contain legal principles or conclusions of law to which no response is required.

228. Answering Paragraph 228, the allegations contain legal principles or conclusions of law to which no response is required.

229. Answering Paragraph 229, the allegations contain legal principles or conclusions of law to which no response is required.

230. Answering Paragraph 230, Defendant denies the allegations contained herein.

231. Answering Paragraph 231, the allegations contain legal principles or conclusions of law to which no response is required.

232. Answering Paragraph 232, Defendant denies the allegations contained herein.

233. Answering Paragraph 233, Defendant denies the allegations contained herein.

234. Answering Paragraph 234, Defendant denies the allegations contained herein.

235. Answering Paragraph 235, Defendant denies the allegations contained herein.

236. Answering Paragraph 236, Defendant denies the allegations contained herein.

237. Answering Paragraph 237, Defendant denies the allegations contained herein.

238. Answering Paragraph 238, Defendant denies the allegations contained herein.

239. Answering Paragraph 239, Defendant denies the allegations contained herein.

240. Answering Paragraph 240, Defendant admits that no live hearing was held in accordance with California law, at the time.  Defendant denies the remaining allegations contained herein.

241. Answering Paragraph 241, Defendant denies the allegations contained herein.

242. Answering Paragraph 242, Defendant denies the allegations contained herein.

243. Answering Paragraph 243, Defendant denies the allegations contained herein.

244. Answering Paragraph 244, Defendant denies the allegations contained herein.

245. Answering Paragraph 245, Defendant denies the allegations contained herein.

246. Answering Paragraph 246, Defendant denies the allegations contained herein.

247. Answering Paragraph 247, Defendant denies the allegations contained herein.

248. Answering Paragraph 248, Defendant denies the allegations contained herein.

249. Answering Paragraph 249, Defendant denies the allegations contained herein.

250. Answering Paragraph 250, Defendant denies the allegations contained herein.

251. Answering Paragraph 251, Defendant denies the allegations contained herein.

252. Answering Paragraph 252, Defendant denies the allegations contained herein.

253. Answering Paragraph 253, Defendant denies the allegations contained herein.

254. Answering Paragraph 254, Defendant denies the allegations contained herein.

255. Answering Paragraph 255, Defendant denies the allegations contained herein.

256. Answering Paragraph 256, Defendant denies the allegations contained herein.

257. Answering Paragraph 257, Defendant denies the allegations contained herein.

258. Answering Paragraph 258, Defendant denies the allegations contained herein.

259. Answering Paragraph 259, Defendant denies the allegations contained herein.

260. Answering Paragraph 260, Defendant denies the allegations contained herein.

261. Answering Paragraph 261, Defendant denies the allegations contained herein.

262. Answering Paragraph 262, to the extent that Dixon purports to re-allege the allegations contained in all prior paragraphs of the Amended Complaint.  Defendant incorporates its responses to the prior paragraphs by reference.

263. Answering Paragraph 263, the allegations in this paragraph contain legal principles or conclusions of law to which no response is required.

264. Answering Paragraph 264, Defendant denies the allegations contained herein.

265. Answering Paragraph 265, Defendant denies the allegations contained herein.

266. Answering Paragraph 266, Defendant denies the allegations contained herein.

267. Answering Paragraph 267, Defendant denies the allegations contained herein.

268. Answering Paragraph 268, Defendant denies the allegations contained herein.

269. Answering Paragraph 269, Defendant denies the allegations contained herein.

270. Answering Paragraph 270, Defendant denies the allegations contained herein.

271. Answering Paragraph 271, to the extent that Dixon purports to re-allege the allegations contained in all prior paragraphs of the Amended Complaint.  Defendant incorporates its responses to the prior paragraphs by reference.

272. Answering Paragraph 272, Defendant denies the allegations contained herein.

273. Answering Paragraph 273, the allegations in this paragraph contain legal principles or conclusions of law to which no response is required.

274. Answering Paragraph 274, the allegations in this paragraph contain legal principles or conclusions of law to which no response is required.

275. Answering Paragraph 275, Defendant denies the allegations contained herein.

276. Answering Paragraph 276, Defendant denies the allegations contained herein.

277. Answering Paragraph 277, Defendant denies the allegations contained herein.

278. Answering Paragraph 278, Defendant denies the allegations contained herein.

279. Answering Paragraph 279, Defendant denies the allegations contained herein.

280. Answering Paragraph 280, Defendant denies the allegations contained herein.

281. Answering Paragraph 281, Defendant denies the allegations contained herein.

282. Answering Paragraph 282, Defendant denies the allegations contained herein.

283. Answering Paragraph 283, Defendant denies the allegations contained herein.

284. Answering Paragraph 284, the allegations contain legal principles or conclusions of law to which no response is required.

285. Answering Paragraph 285, the allegations contain legal principles or conclusions of law to which no response is required.

286. Answering Paragraph 286, Defendant admits that Plaintiff was recruited to play football and that he signed a letter of intent and various documents related to financial aid and tuition.  Defendant denies the remaining allegations contained herein.

287. Answering Paragraph 287, Defendant denies the allegations contained herein.

288. Answering Paragraph 288, Defendant admits the allegations contained herein.

289. Answering Paragraph 289, Defendant denies the allegations contained herein.

290. Answering Paragraph 290, Defendant denies the allegations contained herein.

291. Answering Paragraph 291, Defendant denies the allegations contained herein.

292. Answering Paragraph 292, Defendant denies the allegations contained herein.

293. Answering Paragraph 293, Defendant denies the allegations contained herein.

294. Answering Paragraph 294, Defendant denies the allegations contained herein.

295. Answering Paragraph 295, Defendant denies the allegations contained herein.

296. Answering Paragraph 296, the allegations contain legal principles or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies the allegations.

297. Answering Paragraph 297, Defendant denies the allegations contained herein.

298. Answering Paragraph 298, Defendant denies the allegations contained herein.

1    299. Answering Paragraph 299, Defendant denies the allegations contained herein.

2    300. Answering Paragraph 300, Defendant does not respond to this paragraph, as Plaintiff's

3    claims have been dismissed by the Court (Dkt. No. 35).

4    301. Answering Paragraph 301, Defendant does not respond to this paragraph, as

5    Plaintiff's claims have been dismissed by the Court (Dkt. No. 35).

6    302. Answering Paragraph 302, Defendant does not respond to this paragraph, as

7    Plaintiff's claims have been dismissed by the Court (Dkt. No. 35).

8    303. Answering Paragraph 303, Defendant does not respond to this paragraph, as

9    Plaintiff's claims have been dismissed by the Court (Dkt. No. 35).

10   304. Answering Paragraph 304, Defendant does not respond to this paragraph, as

11   Plaintiff's claims have been dismissed by the Court (Dkt. No. 35).

12   305. Answering Paragraph 305, Defendant denies the allegations contained herein.

13   306. Answering Paragraph 306, Defendant denies the allegations contained herein.

14   307. Answering Paragraph 307, Defendant denies the allegations contained herein.  To the

15   extent Plaintiff references other documents such as the Administrative Record, Defendant denies

16   the allegations contained as incomplete characterizations of, or inconsistent with such documents,

17   which speak for themselves.

18   308. Answering Paragraph 308, Defendant denies the allegations contained herein.  To the

19   extent Plaintiff references other documents such as the Administrative Record, Defendant denies

20   the allegations contained as incomplete characterizations of or inconsistent with such documents,

21   which speak for themselves.

22   309. Answering Paragraph 309, Defendant denies the allegations contained herein. To the

23   extent Plaintiff references other documents such as the decision in *Doe v. Allee* or the

24   Administrative Record, Defendant denies the allegations contained as incomplete

25   characterizations of or inconsistent with such documents, which speak for themselves.

26   310. Answering Paragraph 310, Defendant does not respond to this paragraph, as

27   Plaintiff's claims have been dismissed by the Court (Dkt. No. 35).

28   311. Answering Paragraph 311, Defendant denies the allegations contained herein.

312. Answering Paragraph 312, Defendant denies the allegations contained herein. To the extent Plaintiff references other documents such as the decision in *Doe v. Allee*, Defendant denies the allegations contained as incomplete characterizations of, or inconsistent with such documents, which speak for themselves.

313. Answering Paragraph 313, Defendant denies the allegations contained herein.

314. Answering Paragraph 314, Defendant denies the allegations contained herein.

315. Answering Paragraph 315, Defendant denies the allegations contained herein.

316. Answering Paragraph 316, Defendant denies the allegations contained herein.

317. Answering Paragraph 317, Defendant denies the allegations contained herein.

318. Answering Paragraph 318, to the extent that Dixon purports to re-allege the allegations contained in all prior paragraphs of the Complaint. Defendant incorporates its responses to the prior paragraphs by reference.

319. Answering Paragraph 319, Defendant does not respond to this paragraph, as Plaintiff's claims have been dismissed by the Court (Dkt. No. 35).

320. Answering Paragraph 320, Defendant does not respond to this paragraph, as Plaintiff's claims have been dismissed by the Court (Dkt. No. 35).

321. Answering Paragraph 321, Defendant does not respond to this paragraph, as Plaintiff's claims have been dismissed by the Court (Dkt. No. 35).

322. Answering Paragraph 322, Defendant does not respond to this paragraph, as Plaintiff's claims have been dismissed by the Court (Dkt. No. 35).

323. Answering Paragraph 323, Defendant does not respond to this paragraph, as Plaintiff's claims have been dismissed by the Court (Dkt. No. 35).

324. Answering Paragraph 324, Defendant does not respond to this paragraph, as Plaintiff's claims have been dismissed by the Court (Dkt. No. 35).

325. Answering Paragraph 325, Defendant does not respond to this paragraph, as Plaintiff's claims have been dismissed by the Court (Dkt. No. 35).

326. Answering Paragraph 326, to the extent that Dixon purports to re-allege the allegations contained in all prior paragraphs of the Complaint.  Defendant incorporates its responses to the prior paragraphs by reference.

327. Answering Paragraph 327, the allegations contain legal principles or conclusions of law to which no response is required.

328. Answering Paragraph 328, the allegations contain legal principles or conclusions of law to which no response is required.

329. Answering Paragraph 329, Defendant denies the allegations contained herein.

330. Answering Paragraph 330, Defendant denies the allegations contained herein.

331. Answering Paragraph 331, Defendant denies the allegations contained herein.

332. Answering Paragraph 332, the allegations contain legal principles or conclusions of law to which no response is required. To the extent a response is required Defendant denies the allegations

333. Answering Paragraph 333, Defendant denies the allegations contained herein.

334. Answering Paragraph 334, Defendant denies the allegations contained herein.

335. Answering Paragraph 335, Defendant denies the allegations contained herein.

336. Answering Paragraph 336, Defendant denies the allegations contained herein.

337. Answering Paragraph 337, Defendant denies the allegations contained herein.

338. Answering Paragraph 338, to the extent that Dixon purports to re-allege the allegations contained in all prior paragraphs of the Complaint.  Defendant incorporates its responses to the prior paragraphs by reference.

339. Answering Paragraph 339, Defendant denies the allegations contained herein.

340. Answering Paragraph 340, Defendant denies the allegations contained herein.

341. Answering Paragraph 341, Defendant denies the allegations contained herein.

342. Answering Paragraph 342, Defendant denies the allegations contained herein.

343. Answering Paragraph 343, Defendant denies the allegations contained herein.

344. Answering Paragraph 344, Defendant denies the allegations contained herein.

1    Answering Plaintiff's Prayer for Relief, Defendant denies that Plaintiff is entitled to any

2    relief from this Court.

3                               AFFIRMATIVE DEFENSES

4                            FIRST AFFIRMATIVE DEFENSE

5                          (Failure to State a Cause of Action)

6    The Complaint, and the purported claims for relief contained, therein, fails to state facts

7    sufficient to state a cause of action against Defendant.

8                           SECOND AFFIRMATIVE DEFENSE

9                              (Statute of Limitations)

10    Plaintiff's claims are barred, in whole, or in part, by the applicable statute of limitations.

11   Specifically, the statute of limitations for Dixon's Title IX, Unruh Act, negligence and intentional

12   infliction of emotional distress claims, which is two years, has long since elapsed.  *See* Cal. Civ.

13   Proc. Code § 335.1; *Doe v. Univ. of S. Cal.*, No. 2:18-cv-09530-SVW-GJS, 2019 WL 4229750, at

14   *3 (C.D. Cal. July 9, 2019); *Samuelson v. Oregon State Univ.*, 725 F. App'x 598, 599 (9th Cir.

15   2018) (adopting the Oregon state personal injury statute of limitations for a Title IX claim);

16   *Mansourian v. Bd. of Regents of Univ. of Cal. at Davis*, No. CIV S-03-2591 FCD/PAN, 2004 WL

17   7330262, at *7 (E.D. Cal. May 6, 2004) (where an Unruh Act claim is based on the same operable

18   facts as a Title IX claim, the Title IX statute of limitations applies); *Clifford v. Regents of Univ. of

19   Cal.*, No. 2:11-CV-02935-JAM-GGH, 2012 WL 1565702, at *6 (E.D. Cal. Apr. 30, 2012), *aff'd*,

20   584 F. App'x 431 (9th Cir. 2014) (finding that for a negligence claim and an intentional infliction

21   of emotional distress claim, the two-year statute of limitations for personal injury applies under

22   Cal. Civ. Proc. Code § 335.1).  The statute of limitations for a breach of contract claim is four

23   years, and has similarly passed. *Salazar v. Regents of the Univ. of Cal.*, No. 16-cv-05235-EDL,

24   2017 WL 4586831, at *7-8 (N.D. Cal. Apr. 27, 2017), *aff'd*, 812 F. App'x 410 (9th Cir. 2020).

25   Finally, the statute of limitations for promissory estoppel is four years for a written promise or

26   two years for an oral promise and both have elapsed.  *See* Cal. Civ. Proc. Code §§ 337(1),

27   339(1)).

28                           THIRD AFFIRMATIVE DEFENSE

1                                         (Laches)

2         Plaintiff's claims are barred, in whole, or in part, by the doctrine of laches.

3                    FOURTH AFFIRMATIVE DEFENSE

4                           (Estoppel)

5         Plaintiff's claims are barred, in whole, or in part, because Plaintiff failed to honor his

6 duties to Defendant, failed to take proper steps to assert the claims alleged in the Amended

7 Complaint in a timely fashion, and otherwise acted in a manner inconsistent with an intent to

8 assert or preserve his rights to assert any of the causes of action, all to the detriment of Defendant.

9                      FIFTH AFFIRMATIVE DEFENSE

10                         (Waiver)

11         Plaintiff's claims are barred, in whole, or in part, by the doctrine of waiver.

12                    SIXTH AFFIRMATIVE DEFENSE

13                  (Appropriate Policies)

14         Plaintiff's claims are barred, in whole, or in part, because in compliance with Title IX,

15 Defendant has enacted appropriate student conduct policies and actively implemented such

16 policies in a gender-neutral manner.

17                  SEVENTH AFFIRMATIVE DEFENSE

18                  (Effective Policies)

19         Plaintiff's claims are barred, in whole, or in part, because Defendant is not liable to

20 Plaintiff under Title IX because Defendant has effective policies for reporting and redressing

21 sexual misconduct and discrimination, and the Defendant conducted a prompt and equitable

22 investigation and process.

23                  EIGHTH AFFIRMATIVE DEFENSE

24                    (Good Faith)

25         Plaintiff's claims are barred, in whole, or in part, because Defendant's procedures were

26 implemented in good faith and not in an arbitrary and capricious manner.

27                  NINTH AFFIRMATIVE DEFENSE

28

1    (Legitimate Reasons)

2    Plaintiff's claims are barred, in whole, or in part, because Defendant's decisions were

3    made for legitimate, non-discriminatory and non-pretextual reasons.

4    TENTH AFFIRMATIVE DEFENSE

5    (No Causation)

6    Plaintiff's claims are barred, in whole, or in part, because Plaintiff's losses or damages, if

7    any, were not caused by Defendant.

8    ELEVENTH AFFIRMATIVE DEFENSE

9    (Failure to Mitigate)

10   Plaintiff's claims are barred, in whole, or in part, because Plaintiff failed to mitigate his

11   damages.

12   TWELFTH AFFIRMATIVE DEFENSE

13   (Unjust Enrichment)

14   Plaintiff's claims are barred, in whole, or in part, because any recovery by Plaintiff would

15   constitute unjust enrichment.

16   THIRTEENTH AFFIRMATIVE DEFENSE

17   (No Cognizable Damages)

18   Without admitting that any of the claims alleged in the Amended Complaint state a claim

19   upon which relief can be granted, there has been no cognizable loss or damage to Plaintiff in any

20   amount, manner, or at all by reason of any act alleged against Defendant in the Amended

21   Complaint and the relief prayed for in the Amended Complaint therefore cannot be granted.

22   ADDITIONAL AFFIRMATIVE DEFENSES

23   Defendant has alleged the affirmative defenses of which it is currently aware.  Defendant

24   may become aware of additional affirmative defenses available to it after further discovery and/or

25   investigation.  Accordingly, Defendant reserves the right to assert additional affirmative defenses

26   as to any purported claim for relief in the Amended Complaint once such defenses have been

27   fully ascertained.  If so, Defendant will move to amend this Answer.

28

1      <u>HEREFORE, Defendant prays for judgment as follows:</u>

2          That Plaintiff take nothing by reason of his Amended Complaint, that the Amended

3  Complaint be dismissed in its entirety with prejudice, and that judgment be entered for

4  Defendant;

5          That Defendant be awarded its reasonable costs and attorneys' fees; and

6          That Defendant be awarded such other and further relief as the Court deems just and

7  proper.

8  DATED:  February 25, 2022                    PAUL HASTINGS LLP
                                                CAMERON W. FOX
9                                               JESSICA E. MENDELSON

10

11                                              By: _____

12                                                     CAMERON W. FOX

13                                              Attorneys for Defendant
                                                UNIVERSITY OF SOUTHERN CALIFORNIA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28