CAMERON W. FOX (SB# 218116)
cameronfox@paulhastings.com
JESSICA E. MENDELSON (SB# 280388)
jessicamendelson@paulhastings.com
AUSTIN M. SCHULZ (SB#323067)
austinschulz@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Defendant
UNIVERSITY OF SOUTHERN
CALIFORNIA

MARK M. HATHAWAY (SB# 151332)
mark@hathawayparker.com
JENNA E. PARKER (SB# 303560)
jenna@hathawayparker.com
445 S. Figueroa St. 31st Floor
Los Angeles, CA 90071
Telephone:  1(213) 529-9000
Facsimile:  1(213) 529-0783

Attorneys for Plaintiff
BRYCE DIXON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE DIXON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-05286 VAP (AFMx)<br><br>**JOINT STIPULATION TO BIFURCATE DISCOVERY AND TRIAL**<br><br>Courtroom:    8A<br>Judge:           Hon. Virginia A. Phillips<br><br>Complaint Filed: June 29, 2021<br>FAC Filed:          Nov. 15, 2021<br>Trial Date:          April 25, 2023 |

- 1 -

JOINT STIPULATION TO BIFURCATE DISCOVERY AND TRIAL

## JOINT STIPULATION

WHEREAS, Plaintiff filed his Complaint on June 29, 2021, and his First Amended Complaint on November 15, 2021;

WHEREAS, the Parties met and conferred regarding USC's intention to file a motion to bifurcate the case into two phases so that the Parties can receive a determination as to whether the statute of limitations has run on Plaintiff's claims before the Parties and the Court expend time and resources on the merits of Plaintiff's underlying claims;

WHEREAS, the Parties agreed that bifurcating the case in this way will save substantial time and expense, and will potentially avoid unnecessary use of judicial resources;

WHEREAS, the Parties --- in Attachment A to this Stipulation --- set forth a proposed schedule for the two phases, including discovery and a motion for summary judgment on the predicate issue of whether the statute of limitations has run, and a second phase to be conducted if any claims remain after phase one;

THEREFORE, subject to the Court's approval, the Parties stipulate to bifurcate this case into two phases as described in Attachment A, with the first day of trial to be set for November 15, 2023, and respectfully request that the Court enter a modified scheduling order based thereon.

///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: September 13, 2022 | HATHAWAY PARKER<br>MARK M. HATHAWAY<br>JENNA E. PARKER |

By:  /s/ Mark Hathaway
         MARK M. HATHAWAY

Attorneys for Plaintiff
BRYCE DIXON

DATED: September 13, 2022    PAUL HASTINGS LLP
CAMERON W. FOX
JESSICA E. MENDELSON

By:  /s/ Cameron W. Fox
         CAMERON W. FOX

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

- 3 -
JOINT STIPULATION TO BIFURCATE DISCOVERY AND TRIAL

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 13, 2022

By:       /s/ Cameron W. Fox
          CAMERON W. FOX

LEGAL_US_W # 113098840.2

# ATTACHMENT A

## ATTACHMENT A

| ORIGINAL DATE | NEW DATE | DEADLINE |
|---|---|---|
| N/A | **11/18/2022** | Phase I (Statute of Limitations) Discovery Cutoff (** all discovery responses will be due within 2 weeks of service, and the parties shall agree to resolve all discovery disputes during this phase via informal discovery conference**) |
|  | **12/5/22** | USC files MSJ |
|  | **12/12/22** | Dixon files Opposition to MSJ |
|  | **12/19/22** | USC files reply to MSJ |
| N/A | **1/9/23** | Phase I (Statute of Limitations) Motion for Summary Judgment Hearing |
| Decision on MSJ | **Decision on MSJ** | Phase II (Non-Statue of Limitations) Discovery Begins |
| 10/31/2022 | **5/22/2023** | Last Day to Conduct Settlement Conference |
| 12/5/2022 | **6/26/2023** | Initial Expert Disclosure |
| 12/19/2022 | **7/10/2023** | Rebuttal Expert Disclosure |
| 2/6/2023 | **8/28/2023** | Phase II (Non-Statute of Limitations) Discovery cutoff |
| 3/20/2023 | **10/9/2023** | Last Date for Hearing Non-Discovery Motions for Phase II (Non-Statute of Limitations) |
| 4/17/2023 | **10/30/2023** | Date of Final Phase II Pretrial Conference |
| 4/25/2023 | **11/15/2023** | Phase II (Non-Statute of Limitations)Trial Date (Jury Trial, 3 Days) |

**TRIAL TO BE SET BY THE COURT BASED ON COURT AVAILABILITY**

USC IS CLOSED FOR SUMMER RECESS FROM MAY 12, 2023 – AUGUST 21, 2023, AND WINTER RECESS FROM DECEMBER 14, 2023- JANUARY 7, 2024, WHICH MEANS MANY USC WITNESSES AND

1

2

REPRESENTATIVES ARE UNAVAILABLE FOR TRIAL IN THAT WINDOW OF TIME DUE TO PRE-PLANNED TRAVEL.  USC THEREFORE REQUESTS THAT ANY OTHER NEW TRIAL DATE THE COURT MAY SET NOT BE IN THOSE WINDOWS OF TIME.