1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE DIXON, an individual,<br><br>          Plaintiff,<br><br>   vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation; and DOES 1–50, inclusive,<br><br>          Defendants. | CASE NO. 2:21-cv-05286-VAP-AFM<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO BIFURCATE DISCOVERY AND TRIAL**<br><br>Date:    September 12, 2022<br>Time:   2:00 p.m.<br>Court:  8A<br>Judge:  Hon. Virginia A. Phillips<br><br>Complaint Filed:  June 29, 2021<br>Trial Date:           April 25, 2023 |

("PROPOSED" shown with strikethrough)

Based on the Parties' Joint Stipulation to Bifurcate Discovery and Trial, and good cause appearing, the Court ORDERS that the case schedule is modified, with trial to begin on April 25, 2023 at 8:30 a.m. and a pretrial conference on April 17 , 2023.at 1:30 p.m.

IT IS SO ORDERED.

DATED: 9/27/22    By: /s/ Virginia A. Phillips
HON. VIRGINIA A. PHILLIPS
Judge of the United States District Court for the
Central District of California

LEGAL_US_W # 113064128.1

-2-

CASE NO. 2:21-CV-05286-VAP-AFM    [PROPOSED] ORDER ON STIPULATION TO BIFURCATE DISCOVERY AND TRIAL