CAMERON W. FOX (SB# 218116)
cameronfox@paulhastings.com
JESSICA E. MENDELSON (SB# 280388)
jessicamendelson@paulhastings.com
AUSTIN M. SCHULZ (SB#323067)
austinschulz@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Defendant
UNIVERSITY OF SOUTHERN
CALIFORNIA

MARK M. HATHAWAY (SB# 151332)
mark@hathawayparker.com
JENNA E. PARKER (SB# 303560)
jenna@hathawayparker.com
445 S. Figueroa St. 31st Floor
Los Angeles, CA 90071
Telephone:  1(213) 529-9000
Facsimile:  1(213) 529-0783

Attorneys for Plaintiff
BRYCE DIXON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE DIXON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-05286 VAP (AFMx)<br><br>**NOTICE OF LODGING OF AMENDED [PROPOSED] ORDER ON JOINT STIPULATION TO BIFURCATE DISCOVERY AND TRIAL**<br><br>Courtroom:  8A<br>Judge:  Hon. Virginia A. Phillips<br><br>Complaint Filed: June 29, 2021<br>FAC Filed:  Nov. 15, 2021<br>Trial Date:  April 25, 2023 |

- 1 -

1  TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

2  FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF

3  BRYCE DIXON AND HIS ATTORNEYS OF RECORD:

4

5      On September 29, 2022, Defendant University of Southern California will

6  lodge the Amended [Proposed] Order On Joint Stipulation To Bifurcate Discovery

7  and Trial.  A true and correct copy is attached hereto as Exhibit A.

8

9   DATED: September 29, 2022    PAUL HASTINGS LLP
                                 CAMERON W. FOX
                                 JESSICA E. MENDELSON
10

11

12                              By:   /s/ Cameron W. Fox
                                       CAMERON W. FOX

13                              Attorneys for Defendant
                                UNIVERSITY OF SOUTHERN CALIFORNIA
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING OF AMENDED [PROPOSED] ORDER ON JOINT STIPULATION TO BIFURCATE
DISCOVERY AND TRIAL