Link 52

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE DIXON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation; and DOES 1–50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-05286-VAP-AFM<br><br>**AMENDED [PROPOSED] ORDER ON JOINT STIPULATION TO BIFURCATE DISCOVERY AND TRIAL**<br><br>Date:　　September 12, 2022<br>Time:　　2:00 p.m.<br>Court:　　8A<br>Judge:　　Hon. Virginia A. Phillips<br><br>Complaint Filed:　June 29, 2021<br>Trial Date:　　　April 25, 2023 |

Based on the Parties' Joint Stipulation to Bifurcate Discovery and Trial and consistent with the Court's guidance to refile this Proposed Order, and good cause appearing, the Court ORDERS that the case schedule is modified, as follows:

| DATE | DEADLINE |
| --- | --- |
| 11/18/2022 | Phase I (Statute of Limitations) Discovery Cutoff (** all discovery responses will be due within 2 weeks of service, and the parties shall agree to resolve all discovery disputes during this phase via informal discovery conference**) |
| 12/5/22 | USC's deadline to file summary judgment motion |
| 12/12/22 | Plaintiff's deadline to oppose summary judgment motion |
| 12/19/22 | USC's deadline to file reply |
| 1/9/23 | Phase I (Statute of Limitations) Motion for Summary Judgment Hearing |
| **If summary judgment ruling does not dispose of the case:** | |
| Date of MSJ ruling | Phase II (Merits & Damages) Discovery Begins |
| 5/22/2023 | Last Day to Conduct Settlement Conference |
| 6/26/2023 | Initial Expert Disclosure |
| 7/10/2023 | Rebuttal Expert Disclosure |
| 8/28/2023 | Phase II (Merits & Damages) Discovery cutoff |
| 10/9/2023 | Last Date for Hearing Non-Discovery Motions for Phase II (Merits & Damages) |
| 10/30/2023 | Date of Final Phase II Pretrial Conference |
| 11/15/2023 | Phase II (Merits & Damages) Trial Date (Jury Trial, 3 Days)[1] |

---

[1] TRIAL TO BE SET BASED ON COURT AVAILABILITY. USC IS CLOSED FOR SUMMER RECESS FROM MAY 12-AUGUST 21, 2023, AND WINTER RECESS FROM DECEMBER 14, 2023-JANUARY 7, 2024. MANY USC WITNESSES AND REPRESENTATIVES ARE UNAVAILABLE IN THOSE WINDOWS OF TIME DUE TO PRE-PLANNED TRAVEL. USC REQUESTS THAT ANY TRIAL DATE THE COURT MAY SET NOT BE IN THOSE WINDOWS OF TIME.

...

IT IS SO ORDERED.

DATED: 10/21/22        By: _____
                        HON. VIRGINIA A. PHILLIPS
                        Judge of the United States District Court for the
                        Central District of California