UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5286-VAP-AFMx | Date | January 9, 2023 |
|---|---|---|---|
| Title | BRYCE DIXON V. UNIVERSITY OF SOUTHERN CALIFORNIA ET AL | | |

| Present: The Honorable | Virginia A. Phillips, U.S. Senior District Judge |
|---|---|
| Wendy Hernandez | Myra Ponce |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Mark Hathaway | Cameron Fox |

**Proceedings:** HEARING RE: PHASE I (STATUE OF LIMITATIONS) MOTION FOR SUMMARY JUDGMENT

DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION FOR SUMMARY JUDGMENT [55]

The Court, having read and considered all papers submitted as to the motion referenced above and the oral argument presented today, takes the motion under submission. A ruling will be issued after full consideration of the submitted pleadings.

: 07

Initials of Preparer     wh