JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Bryce Dixon,

        Plaintiff,

    v.

University of Southern California et al.,

        Defendants.

Case No. 2:21-cv-05286-VAP-(AFMx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant University of Southern California's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that the action, *Bryce Dixon v. University of Southern California, et al.*, 2:21-cv-05286-VAP-AFMx, is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   1/18/23

*[signature: Virginia A. Phillips]*

Virginia A. Phillips
Senior United States District Judge